# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>VERGIELS ENTERPRISES, LLC;<br>JACK VERGIELS; and ROBERT<br>VERGIELS,<br><br>  Defendants. | CASE NO.: 2:15-cv-0173-APG-PAL<br><br>**ORDER FOR STATUS REPORT** |

On August 5, 2015, the United States filed Waivers of Service for each of the defendants. (Dkt. ##6, 7, 8.) Since then, no answers have been filed by any of the defendants, and the United States has not sought entry of default. It is unclear whether the parties are negotiating a resolution or have resolved their disputes.

IT IS THEREFORE ORDERED that the parties shall file a joint status report on or before December 11, 2015. If a joint report cannot be prepared, the parties shall file separate reports.

DATED this 25th day of November, 2015.

_____
Andrew P. Gordon
UNITED STATES DISTRICT COURT JUDGE

-1-