DANIEL G. BOGDEN
United States Attorney
District of Nevada
MARK E. WOOLF
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *mark.woolf@usdoj.gov*
Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:15-cv-173-APG-PAL |
| Plaintiff, ) | |
| ) | **JOINT STATUS REPORT** |
| v. ) | |
| ) | |
| VERGIELS ENTERPRISES, LLC; JACK ) | **ORDER** |
| VERGIELS; and ROBERT VERGIELS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the Court's order of November 25, 2015, the parties submit the following joint status report.

Since the filing of the complaint, the parties have worked diligently to resolve this matter. As of the filing of the United States' motion to extend time for service (Dkt. #3), the parties had a proposed agreement in place but, unfortunately, during the course of exchanging necessary information the proposed agreement fell through. A separate proposal has been made, but the various requirements that must be met for acceptance are rigorous and time consuming to evaluate. To ensure a full and fair evaluation of the proposal, the parties respectfully request an additional 45 days to see whether this matter can be resolved. The parties do not anticipate more time will be needed than is requested herein and will submit an additional report, if necessary, by **January 26, 2016** to

inform the court of the status of ongoing negotiations.

Dated this 10th day of December, 2015.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | LARSON & ZIRZOW, LLC |
| */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney | */s/ Zachariah Larson*<br>Zacharia Larson<br>Counsel for Defendants |

## **ORDER**

**IT IS SO ORDERED.**

Dated:  December 11, 2015.

_____
UNITED STATES DISTRICT JUDGE

2