DANIEL G. BOGDEN
United States Attorney
District of Nevada
MARK E. WOOLF
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *mark.woolf@usdoj.gov*
Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:15-cv-173-APG-PAL |
| v. | ) **JOINT STATUS REPORT** |
| VERGIELS ENTERPRISES, LLC; JACK VERGIELS; and ROBERT VERGIELS, | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's order of December 11, 2015, the parties submit the following status report.

The parties appreciate the Court's patience as they have attempted to resolve this matter. Unfortunately, despite good faith efforts, the parties have been unable to reach a negotiated resolution at this time. Due to the ongoing settlement discussions, a responsive pleading has not yet been filed. Understanding the claims and defenses in this matter are not complex, the parties respectfully request that Defendants' responsive pleading be made due by **February 9, 2016**. Further, during the course of settlement discussions the parties exchanged substantial information,

/ / /

/ / /

including document production.  Significant additional discovery is not anticipated and, therefore, the parties respectfully request that a stipulated discovery plan and scheduling order be made due by **February 19, 2016.**

Dated this 26th day of January, 2016.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | LARSON & ZIRZOW, LLC |
| */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney | */s/ Zachariah Larson*<br>Zacharia Larson<br>Counsel for Defendants |

**IT IS ORDERED** that:

1. Defendants shall have until February 9, 2016, to file an answer or responsive pleading.

2. The parties shall have until February 19, 2016, to submit a proposed discovery plan and scheduling order.

Dated this 27th day of January, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

2