DANIEL G. BOGDEN
United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *Mark.Woolf@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cv-00173-APG-PAL |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| VERGIELS ENTERPRISES, LLC, *et al*., | |
| Defendants. | |

The parties, through undersigned counsel, hereby stipulate to dismiss, with prejudice, the claims(s) set forth in the complaint in this civil action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own costs and attorney's fees.

Dated this 7th day of October 2016.

LAW OFFICES OF JOHN BENEDICT

*/s/ John Benedict*
JOHN BENEDICT
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123

*Attorneys for Defendants.*

DANIEL G. BOGDEN
United States Attorney

*/s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney

*Attorneys for the United States.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: October 7, 2016